IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JEFFREY ELMORE**  **PLAINTIFF**
**ADC #091418**

v.  Case No: 4:24-cv-01049-LPR

**EDDIE KNIGHT, et al.**  **DEFENDANTS**

### ORDER

The Court has reviewed the Recommended Disposition (RD) submitted by United States Magistrate Judge Jerome T. Kearney (Doc. 4).  No objections have been filed, and the time for doing so has expired.  After a *de novo* review of the RD, along with careful consideration of the entire case record, the Court hereby approves and adopts the RD in its entirety as this Court's findings and conclusions in all respects.[1]

Accordingly, Plaintiff's Complaint (Doc. 2) is DISMISSED without prejudice.  The Clerk is instructed to close this case.  If Plaintiff wishes to re-open this case, he must submit the statutory filing and administrative fee of $405.00 to the Clerk, noting the above case style and number, within fifteen (15) days of the date of this Order, together with a motion to re-open the case.  Upon receipt of the motion and full payment, the case will be re-opened.  The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order or the accompanying Judgment would not be taken in good faith.

IT IS SO ORDERED this 22nd day of April 2025.

LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE

---

[1] For the sake of clarity, the Court notes that two of the cases in footnote 2 of the RD contain typographical errors in their case numbers:  <u>Elmore v. Plummer, et al.</u>, Case No. 4:24-cv-00882-BRW, and <u>Elmore v. Bass, et al.</u>, Case No. 4:24-cv-00110-LPR.